# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-20521

D.C. Docket No. 4:17-CV-1898

United States Court of Appeals
Fifth Circuit

**FILED**
August 7, 2019

Lyle W. Cayce
Clerk

United States Courts
Southern District of Texas
FILED
*October 23, 2019*

David J. Bradley, Clerk of Court

DEBE OLSON,

    Plaintiff - Appellant

v.

FARMERS NEW WORLD LIFE INSURANCE COMPANY; FARMERS INSURANCE GROUP, also known as Farmers Group, Incorporated,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before CLEMENT, HAYNES, and WILLETT, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Oct 23, 2019**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 23, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 18-20521    Debe Olson v. Farmers New World Life Ins., et al  
                        USDC No. 4:17-CV-1898

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Deborah M. Graham  
Debbie T. Graham, Deputy Clerk

cc:  
    Mr. Eric A. Herzog  
    Mr. Joshua D. Lichtman  
    Mr. Peter H. Mason  
    Mr. Carlos Rainer  
    Mr. David Leigh Sheller  
    Mr. Philip Tarpley